**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>MARCUS TREVELL MCNEAR<br><br>3332-1 HARBOUR POINTE PLACE<br>FAYETTEVILLE, NC 28314<br><br><br>DEBTOR | CASE NO: 18-03960/W/3<br><br>(CHAPTER 13)<br><br>TRUSTEE'S NOTICE OF<br>UNCLAIMED DIVIDENDS |

Enclosed from the office of William K. Stephenson, Jr., Trustee for the above referenced case is check number 1109604 in the amount of $1,366.16 representing monies designated as dividends to creditors or debtor refund as follows:

| CREDITOR/PAYEE | CLAIM # | REASON FOR RETURN | AMOUNT |
|---|---|---|---|
| MARCUS TREVELL MCNEAR | 0 | Failure to Clear | $1,366.16 |

3332-1 HARBOUR POINTE PLACE
FAYETTEVILLE, NC 28314

April 22, 2019                                                    /s/ William K. Stephenson, Jr.
                                                                         William K. Stephenson, Jr., Trustee

* If reason for return is other than those listed, please note reason.

_____

(For Bankruptcy Court Use ONLY)

BANKRUPTCY TRUSEE LEDGER

TITLE:
_____
DATE            REFERENCE            RECEIVED            DISBURSED            BALANCE
_____

_____    _____    _____    _____    _____

_____    _____    _____    _____    _____

_____    _____    _____    _____    _____

_____    _____    _____    _____    _____

_____    _____    _____    _____    _____