**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>MARCUS TREVELL MCNEAR<br><br>3332-1 HARBOUR POINTE PLACE<br>FAYETTEVILLE, NC 28314<br><br><br>DEBTOR | CASE NO: 18-03960/W/3<br><br>(CHAPTER 13)<br><br>TRUSTEE'S NOTICE OF<br>UNCLAIMED DIVIDENDS |

Enclosed from the office of William K. Stephenson, Jr., Trustee for the above referenced case is check number 1109629 in the amount of $683.08 representing monies designated as dividends to creditors or debtor refund as follows:

| CREDITOR/PAYEE | CLAIM # | REASON FOR RETURN | AMOUNT |
|---|---|---|---|
| MARCUS TREVELL MCNEAR | 0 | Failure to Clear | $683.08 |

3332-1 HARBOUR POINTE PLACE
FAYETTEVILLE, NC 28314

May 14, 2019                                              /s/ William K. Stephenson, Jr.
                                                                   William K. Stephenson, Jr., Trustee

* If reason for return is other than those listed, please note reason.
_____

(For Bankruptcy Court Use ONLY)

BANKRUPTCY TRUSEE LEDGER

TITLE:
_____
DATE            REFERENCE           RECEIVED            DISBURSED           BALANCE
_____

_____   _____   _____   _____   _____

_____   _____   _____   _____   _____

_____   _____   _____   _____   _____

_____   _____   _____   _____   _____

_____   _____   _____   _____   _____